B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Indiana | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Angola Healthcare, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Northern Lakes Nursing & Rehabilitation Center** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**35-2146204** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**516 Williams Street**<br>**Angola, IN**<br><br>ZIP Code **46703-1144** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Steuben** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3500 S. Co. Rd. 310 W.**<br>**Paoli, IN**<br><br>ZIP Code **47454** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

■ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Chapter 11 Debtors**

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Angola Healthcare, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Angola Healthcare, LLC** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X *Daniel J. Skekloff*
Signature of Attorney for Debtor(s)

**Daniel J. Skekloff 146-02**
Printed Name of Attorney for Debtor(s)

**Skekloff and Skekloff, LLP**
Firm Name

**110 West Berry Street, Suite 2202
Fort Wayne, IN 46802**
Address

**(260) 407-7000  Fax: (260) 420-7072**
Telephone Number

**September 18, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Rebecca Krueger Waiz**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**September 18, 2014**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Indiana

In re  **Angola Healthcare, LLC**
                                      Debtor(s)
Case No.
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Affirma<br>27071 Aliso Creek Road<br>Suite 100<br>Aliso Viejo, CA 92656 | Affirma<br>27071 Aliso Creek Road Suite 100<br>Aliso Viejo, CA 92656 | | | 149,433.14 |
| Aflac<br>1932 Wynnton Road<br>Columbus, GA 31999 | Aflac<br>1932 Wynnton Road<br>Columbus, GA 31999 | | | 11,225.48 |
| Aramark<br>2680 Palumbo Drive<br>Lexington, KY 40509 | Aramark<br>2680 Palumbo Drive<br>Lexington, KY 40509 | | | 2,224.38 |
| Aunt Millie's Bakery<br>PO Box 13099<br>Fort Wayne, IN 46867 | Aunt Millie's Bakery<br>PO Box 13099<br>Fort Wayne, IN 46867 | | | 2,987.78 |
| Barnes & Thornburg<br>11 S. Meridian St.<br>Indianapolis, IN 46204 | Barnes & Thornburg<br>11 S. Meridian St.<br>Indianapolis, IN 46204 | | | 36,206.35 |
| Commercial Food Systems<br>2210 Enterprise Park Place<br>Indianapolis, IN 46218 | Commercial Food Systems<br>2210 Enterprise Park Place<br>Indianapolis, IN 46218 | | | 3,401.33 |
| Culligan of Kendallville<br>PO Box 414<br>Kendallville, IN 46755 | Culligan of Kendallville<br>PO Box 414<br>Kendallville, IN 46755 | | | 3,124.57 |
| Gibson's Heating &<br>Plumbing<br>PO Box 100<br>Waterloo, IN 46793 | Gibson's Heating & Plumbing<br>PO Box 100<br>Waterloo, IN 46793 | | | 5,000.00 |
| Gordon Food Service<br>Dept CH 10490<br>Payment Processing Center<br>Palatine, IL 60055 | Gordon Food Service<br>Dept CH 10490<br>Payment Processing Center<br>Palatine, IL 60055 | | | 37,875.22 |
| Healthcare Therapy<br>Services, Inc.<br>c/o John M. White<br>600 N. Emerson Avenue<br>P.O. Box 405<br>Greenwood, IN 46142 | Healthcare Therapy Services, Inc.<br>c/o John M. White<br>600 N. Emerson Avenue<br>Greenwood, IN 46142 | Judgment / Notice purposes / Cause No.<br>49D14-1403-PL-678<br>1 | | 139,261.80 |

B4 (Official Form 4) (12/07) - Cont.

In re **Angola Healthcare, LLC**         Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Indiana Health Care Association<br>One North Capital Suite 1115<br>Indianapolis, IN 46204 | Indiana Health Care Association<br>One North Capital Suite 1115<br>Indianapolis, IN 46204 | | | 1,733.00 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 941 Taxes | | 603,385.52 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Withholding Taxes | | 177,978.53 |
| Mckesson Medical<br>8121 10th Avenue N<br>Golden Valley, MN 55427 | Mckesson Medical<br>8121 10th Avenue N<br>Golden Valley, MN 55427 | | | 2,167.54 |
| Novatek<br>3939 Mobile Avenue<br>Fort Wayne, IN 46805 | Novatek<br>3939 Mobile Avenue<br>Fort Wayne, IN 46805 | | | 3,898.53 |
| Nutrition Services Inc<br>2035 Deer Trail<br>Warsaw, IN 46580 | Nutrition Services Inc<br>2035 Deer Trail<br>Warsaw, IN 46580 | | | 3,328.24 |
| Parkview Health Systems Labs<br>PO Box 2504<br>Fort Wayne, IN 46801 | Parkview Health Systems Labs<br>PO Box 2504<br>Fort Wayne, IN 46801 | | | 2,127.34 |
| Prairie Farms Dairy, Inc.<br>PO Box 10419<br>Fort Wayne, IN 46852 | Prairie Farms Dairy, Inc.<br>PO Box 10419<br>Fort Wayne, IN 46852 | | | 5,026.33 |
| Slattery & Holman<br>12900 North Meridian Street Suite 125<br>Carmel, IN 46032 | Slattery & Holman<br>12900 North Meridian Street Suite 125<br>Carmel, IN 46032 | | | 26,425.00 |
| Wellfount Corp.<br>5751 W. 73rd Street<br>Indianapolis, IN 46278 | Wellfount Corp.<br>5751 W. 73rd Street<br>Indianapolis, IN 46278 | | | 39,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Angola Healthcare, LLC**                                                    Case No. _____
                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 18, 2014**                            Signature _____

                                        Rebecca Krueger Waiz
                                        **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Indiana

In re  __Angola Healthcare, LLC__                                   Case No. _____

                                            Debtor(s)              Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ........................................  $  __10,000.00 retainer to be applied to hourly rates__

      Prior to the filing of this statement I have received .....................  $  __0.00 for pre-petition services__

      Balance Due ...............................................................................  $  __Hourly rates__

                                                                 **$260/hr - $320/hr partners**

                                                                  **$190/hr associate**

2.   The source of the compensation paid to me was:

      ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

      ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]  **Representation of Debtor in Possession in chapter 11 proceeding.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:  **Any non-bankruptcy related representation.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __September 18, 2014__                                 _/s/ Daniel J. Skekloff_

                                         **Daniel J. Skekloff 146-02**
                                         **Skekloff and Skekloff, LLP**
                                         **110 West Berry Street, Suite 2202**
                                         **Fort Wayne, IN 46802**
                                         **(260) 407-7000  Fax: (260) 420-7072**

## United States Bankruptcy Court
### Northern District of Indiana

In re    **Angola Healthcare, LLC**                                  Case No._____

                                Debtor

                                                Chapter_____11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Rebecca Krueger Waiz**<br>**3500 S. Co. Rd. 310 W.**<br>**Paoli, IN 47454** | **N/A** | **100%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**September 18, 2014**_____       Signature_____

                                                 **Rebecca Krueger Waiz**<br>                                                 **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

  **0**   continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Indiana

In re __Angola Healthcare, LLC__        Case No. _____

               Debtor(s)        Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __September 18, 2014__                            

**Rebecca Krueger Walz/Managing Member**
Signer/Title

A2Z HOOD CLEANING
P.O. BOX 425
SWANTON, OH 43558


AFFIRMA
27071 ALISO CREEK ROAD SUITE 100
ALISO VIEJO, CA 92656


AFLAC
1932 WYNNTON ROAD
COLUMBUS, GA 31999


AIRWAY OXYGEN
49 WEST CHICAGO STREET
COLDWATER, MI 49036


ALLEN COUNTY CARDIOLOGY
604 W. BERRY ST.
FORT WAYNE, IN 46802


ALLENS TREES AND KEYS
50 W. PURLEE
SALEM, IN 47167


ANGOLA CHAMBER OF COMMERCE
211 EAST MAUMEE STREET SUITE B
ANGOLA, IN 46703


ANTENNA SPECIALTIES
P.O. BOX 12
ANGOLA, IN 46703


ARAMARK
2680 PALUMBO DRIVE
LEXINGTON, KY 40509

AUNT MILLIE'S BAKERY
PO BOX 13099
FORT WAYNE, IN 46867

BAKER'S ACRES
1890 W. US HWY 20
ANGOLA, IN 46703

BARNES & THORNBURG
11 S. MERIDIAN ST.
INDIANAPOLIS, IN 46204

BKD
201 N. ILLINOIS STREET SUITE 700
PO BOX 44998
INDIANAPOLIS, IN 46244-0998

BRIGGS
PO BOX 1355
DES MOINES, IA 50305-1355

C. A. NEDELE & SONS
313 EAST MECHANIC STREET
ANGOLA, IN 46703

CAMERON MEMORIAL HOSPITAL
416 E. MAUMEE STREET
ANGOLA, IN 46703

COAST TO COAST
4277 VALLEY FAIR STREET
SIMI VALLEY, CA 93063

COMMERCIAL FOOD SYSTEMS
2210 ENTERPRISE PARK PLACE
INDIANAPOLIS, IN 46218

CULLIGAN OF KENDALLVILLE
PO BOX 414
KENDALLVILLE, IN 46755


ECOLAB
24673 NETWORK PLACE
CHICAGO, IL 60673-1246


FAMILY PRACTICE & ORTHO
410 N. WILLOWBROOK ROAD
COLDWATER, MI 49036


FORT WAYNE ORTHOPAEDICS
PO BOX 2526
FORT WAYNE, IN 46801-2526


GIBSON'S HEATING & PLUMBING
PO BOX 100
WATERLOO, IN 46793


GORDON FOOD SERVICE
DEPT CH 10490
PAYMENT PROCESSING CENTER
PALATINE, IL 60055


HEALTHCARE THERAPY SERVICES, INC.
C/O JOHN M. WHITE
600 N. EMERSON AVENUE
P.O. BOX 405
GREENWOOD, IN 46142


INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION - - MS 108
100 N. SENATE AVE. N240
INDIANAPOLIS, IN 46204


INDIANA HEALTH CARE ASSOCIATION
ONE NORTH CAPITAL SUITE 1115
INDIANAPOLIS, IN 46204

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


ISC COMPANIES
PO BOX 8887
FORT WAYNE, IN 46808


LABEL TAPE SYSTEMS
PO BOX 49407
SARASOTA, FL 34230


MASTERS HEATING AND COOLING
3512 CAVALIER DRIVE
FORT WAYNE, IN 46808


MCKESSON MEDICAL
8121 10TH AVENUE N
GOLDEN VALLEY, MN 55427


NEIGHBORCARE OF INDIANA LLC
C/O FROST BROWN TODD, LLC
P.O. BOX 44961
INDIANAPOLIS, IN 46244-0961


NOVATEK
3939 MOBILE AVENUE
FORT WAYNE, IN 46805


NUTRITION SERVICES INC
2035 DEER TRAIL
WARSAW, IN 46580


OFFICE CONCEPTS INC.
5430 DISTRIBUTION DR.
FORT WAYNE, IN 46825
```

PARKVIEW HEALTH SYSTEMS LABS
PO BOX 2504
FORT WAYNE, IN 46801


PATTERSON MEDICAL
1000 REMINGTON BLVD. SUITE 210
BOLINGBROOK, IL 60440


PPG CARDIOLOGY
11108 PARKVIEW CIRCLE
FORT WAYNE, IN 46845


PRAIRIE FARMS DAIRY, INC.
PO BOX 10419
FORT WAYNE, IN 46852


PRIMIE SOURCE HEALTHCARE SYSTEMS
1500 SKOKIE BLVD. SUITE 105
NORTHBROOK, IL 60062


PRINCIPAL LIFE INSURANCE CO.
711 HIGH STREET
DES MOINES, IA 50392-0102


RECOVERCARE
1920 STANLEY GAULT PKWY SUITE 100
LOUISVILLE, KY 40223


SELECT REHABILITIATION, INC.
C/O FAEGRE BAKER DANIELS LLP
311 S. WACKER DRIVE, SUITE 4400
CHICAGO, IL 60606-6622


SELECT REHABILITIATION, INC.
C/O FAEGRE BAKER DANIELS LLP
111 E. WAYNE STREET, SUITE 800
FORT WAYNE, IN 46802

SHEETS LP GAS
PO BOX 90
ANGOLA, IN 46703


SHORTYS SEWER SERVICES
2660 W. ORLAND ROAD
ANGOLA, IN 46703


SIGNS NOW
2500 W. INDUSTRIAL PARK DRIVE
BLOOMINGTON, IN 47404-2691


SIMPLEX
DEPT. CH 10320
PALATINE, IL 60055-0320


SLATTERY & HOLMAN
12900 NORTH MERIDIAN STREET SUITE 125
CARMEL, IN 46032


SUPER LAUNDRY EQUIPMENT
2450 N. SHADELAND AVENUE
INDIANAPOLIS, IN 46219


TRUE VALUE
900 NORTH WAYNE STREET
ANGOLA, IN 46703


TRUGREEN CHEMLAWN
4015 TRANSPORTATION DRIVE
FORT WAYNE, IN 46818


WELLFOUNT CORP.
5751 W. 73RD STREET
INDIANAPOLIS, IN 46278

WILLIAMS STREET NURSING
(NAT'L ASSIST BUREAU) / CHRIS BROGDEN
TWO BUCKHEAD PLAZA
3050 PEACHTREE RD. NW SUITE 355
ATLANTA, GA 30305


WILLIAMS STREET NURSING LLC
C/O JEREMY J. GROGG, ESQ.
200 E. MAIN STREET, SUITE 1000
FORT WAYNE, IN 46802

A2Z HOOD CLEANING
P.O. BOX 425
SWANTON, OH 43558


AFFIRMA
27071 ALISO CREEK ROAD SUITE 100
ALISO VIEJO, CA 92656


AFLAC
1932 WYNNTON ROAD
COLUMBUS, GA 31999


AIRWAY OXYGEN
49 WEST CHICAGO STREET
COLDWATER, MI 49036


ALLEN COUNTY CARDIOLOGY
604 W. BERRY ST.
FORT WAYNE, IN 46802


ALLENS TREES AND KEYS
50 W. PURLEE
SALEM, IN 47167


ANGOLA CHAMBER OF COMMERCE
211 EAST MAUMEE STREET SUITE B
ANGOLA, IN 46703


ANTENNA SPECIALTIES
P.O. BOX 12
ANGOLA, IN 46703


ARAMARK
2680 PALUMBO DRIVE
LEXINGTON, KY 40509

```
AUNT MILLIE'S BAKERY
PO BOX 13099
FORT WAYNE, IN 46867


BAKER'S ACRES
1890 W. US HWY 20
ANGOLA, IN 46703


BARNES & THORNBURG
11 S. MERIDIAN ST.
INDIANAPOLIS, IN 46204


BKD
201 N. ILLINOIS STREET SUITE 700
PO BOX 44998
INDIANAPOLIS, IN 46244-0998


BRIGGS
PO BOX 1355
DES MOINES, IA 50305-1355


C. A. NEDELE & SONS
313 EAST MECHANIC STREET
ANGOLA, IN 46703


CAMERON MEMORIAL HOSPITAL
416 E. MAUMEE STREET
ANGOLA, IN 46703


COAST TO COAST
4277 VALLEY FAIR STREET
SIMI VALLEY, CA 93063


COMMERCIAL FOOD SYSTEMS
2210 ENTERPRISE PARK PLACE
INDIANAPOLIS, IN 46218
```

CULLIGAN OF KENDALLVILLE
PO BOX 414
KENDALLVILLE, IN 46755


ECOLAB
24673 NETWORK PLACE
CHICAGO, IL 60673-1246


FAMILY PRACTICE & ORTHO
410 N. WILLOWBROOK ROAD
COLDWATER, MI 49036


FORT WAYNE ORTHOPAEDICS
PO BOX 2526
FORT WAYNE, IN 46801-2526


GIBSON'S HEATING & PLUMBING
PO BOX 100
WATERLOO, IN 46793


GORDON FOOD SERVICE
DEPT CH 10490
PAYMENT PROCESSING CENTER
PALATINE, IL 60055


HEALTHCARE THERAPY SERVICES, INC.
C/O JOHN M. WHITE
600 N. EMERSON AVENUE
P.O. BOX 405
GREENWOOD, IN 46142


INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION - - MS 108
100 N. SENATE AVE. N240
INDIANAPOLIS, IN 46204


INDIANA HEALTH CARE ASSOCIATION
ONE NORTH CAPITAL SUITE 1115
INDIANAPOLIS, IN 46204

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


ISC COMPANIES
PO BOX 8887
FORT WAYNE, IN 46808


LABEL TAPE SYSTEMS
PO BOX 49407
SARASOTA, FL 34230


MASTERS HEATING AND COOLING
3512 CAVALIER DRIVE
FORT WAYNE, IN 46808


MCKESSON MEDICAL
8121 10TH AVENUE N
GOLDEN VALLEY, MN 55427


NEIGHBORCARE OF INDIANA LLC
C/O FROST BROWN TODD, LLC
P.O. BOX 44961
INDIANAPOLIS, IN 46244-0961


NOVATEK
3939 MOBILE AVENUE
FORT WAYNE, IN 46805


NUTRITION SERVICES INC
2035 DEER TRAIL
WARSAW, IN 46580


OFFICE CONCEPTS INC.
5430 DISTRIBUTION DR.
FORT WAYNE, IN 46825
```

PARKVIEW HEALTH SYSTEMS LABS
PO BOX 2504
FORT WAYNE, IN 46801


PATTERSON MEDICAL
1000 REMINGTON BLVD. SUITE 210
BOLINGBROOK, IL 60440


PPG CARDIOLOGY
11108 PARKVIEW CIRCLE
FORT WAYNE, IN 46845


PRAIRIE FARMS DAIRY, INC.
PO BOX 10419
FORT WAYNE, IN 46852


PRIMIE SOURCE HEALTHCARE SYSTEMS
1500 SKOKIE BLVD. SUITE 105
NORTHBROOK, IL 60062


PRINCIPAL LIFE INSURANCE CO.
711 HIGH STREET
DES MOINES, IA 50392-0102


RECOVERCARE
1920 STANLEY GAULT PKWY SUITE 100
LOUISVILLE, KY 40223


SELECT REHABILITIATION, INC.
C/O FAEGRE BAKER DANIELS LLP
311 S. WACKER DRIVE, SUITE 4400
CHICAGO, IL 60606-6622


SELECT REHABILITIATION, INC.
C/O FAEGRE BAKER DANIELS LLP
111 E. WAYNE STREET, SUITE 800
FORT WAYNE, IN 46802

SHEETS LP GAS
PO BOX 90
ANGOLA, IN 46703


SHORTYS SEWER SERVICES
2660 W. ORLAND ROAD
ANGOLA, IN 46703


SIGNS NOW
2500 W. INDUSTRIAL PARK DRIVE
BLOOMINGTON, IN 47404-2691


SIMPLEX
DEPT. CH 10320
PALATINE, IL 60055-0320


SLATTERY & HOLMAN
12900 NORTH MERIDIAN STREET SUITE 125
CARMEL, IN 46032


SUPER LAUNDRY EQUIPMENT
2450 N. SHADELAND AVENUE
INDIANAPOLIS, IN 46219


TRUE VALUE
900 NORTH WAYNE STREET
ANGOLA, IN 46703


TRUGREEN CHEMLAWN
4015 TRANSPORTATION DRIVE
FORT WAYNE, IN 46818


WELLFOUNT CORP.
5751 W. 73RD STREET
INDIANAPOLIS, IN 46278

```
WILLIAMS STREET NURSING
(NAT'L ASSIST BUREAU) / CHRIS BROGDEN
TWO BUCKHEAD PLAZA
3050 PEACHTREE RD. NW SUITE 355
ATLANTA, GA 30305


WILLIAMS STREET NURSING LLC
C/O JEREMY J. GROGG, ESQ.
200 E. MAIN STREET, SUITE 1000
FORT WAYNE, IN 46802
```

# United States Bankruptcy Court
## Northern District of Indiana

In re   <u>Angola Healthcare, LLC</u>          Case No.   <u>        </u>
Debtor(s)
Chapter   <u>11</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>Angola Healthcare, LLC</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>September 18, 2014</u>
Date

       Daniel J. Skekloff 146-02
Signature of Attorney or Litigant
Counsel for   <u>Angola Healthcare, LLC</u>
**Skekloff and Skekloff, LLP**
**110 West Berry Street, Suite 2202**
**Fort Wayne, IN 46802**
**(260) 407-7000 Fax:(260) 420-7072**